IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES HERNANDEZ, JR.,     No. C 12-0064 CW (PR)
AKA GILBERT ROBLES, JR.,

                                    JUDGMENT

      Petitioner,

  v.

M. BITER, Warden,

      Respondent.
_____/

    Pursuant to the dismissal Order signed today, the petition is DISMISSED without prejudice. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 1/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE