IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES HERNANDEZ, JR., AKA GILBERT ROBLES, JR., <br><br>    Petitioner,<br><br>  v.<br><br>M. BITER, Warden,<br><br>    Respondent. _____/ | No. C 12-0064 CW (PR) <br><br> JUDGMENT |

Pursuant to the dismissal Order signed today, the petition is DISMISSED without prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/11/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE